# STRICKEN FROM THE RECORD AS A DOCKETING ERROR. THE ORDER WAS DOCKETED IN THE WRONG CASE.