```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001078
Cashier ID: brobinso
Transaction Date: 11/05/2007
Payer Name: KASIE CARTER
------------------------------------
WRIT OF HABEAS CORPUS
 For: EARNEST LEE WALKER JR
 Case/Party: D-ALM-2-07-CV-000947-001
 Amount:         $5.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 93341493617
 Amt Tendered:   $5.00
------------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

PER ORDER DIRECTING PAYMENT, DOCKET
ENTRY 3
```