EARNEST LEE WALKER, JR., #80027

PETITIONER,

2:07-CV-947-MEF
(WO)

V.

STATE OF ALABAMA, ET AL.,

RESPONDENTS,

COMES NOW THE DEFENDANT, EARNEST LEE WALKER JR, (PRO SE) AND ACTING AS HIS OWN COUNSEL, WILL ASK THAT THIS Hon. COURT RECONSIDERED THE DEFENDANT PETITION FOR HABEAS CORPUS Relief. AND do believe THAT HE WILL Show JUST CAUSE why THIS Motion should NOT bE DISMISSED, AND JUST CAUSE FOR OBJECTION:

1. THIS Honorable COURT STATED THAT THE INSTANT habeas CORPUS Action Should be dismissed, because WALKER has failed To Exhaust His Available STATE Remedies, THE DEFENDANT BELIEVES THAT HE HAVE done EVERYTHING IN HIS POWER To go, To COURT And HAVE A fair TRIAL IN the STATE OF ALABAMA. AND THAT THE Evidence Clearly Shows THAT THE STATE Won't go Against THE STATE, IN THIS MATTER.

2. THE DEFENDANT DO HOPE THAT THIS Honorable COURT RELOOK AT THE FACTS IN THIS CASE, AND GRANT WALKER'S RELIEF ON those GROUNDS.

1.

3. THE DEFENDANT BELIEVES THAT IN THE COURT OF CRIMINAL APPEALS HE WILL SUFFER THE SAME OUT COME IN HIS CASE, AS IN TRIAL.

4. THE DEFENDANT WILL ASK THIS HONORABLE COURT TO CONSIDER THE MERE FACT THAT, DEFENDANT WAS CHARGED WITH (1) COUNT OF KIDNAPPING 1st DEGREE, AND AGGRAVED STALKING, THAT CHARGE WAS LATER DISMISSED.

5. THE REMAINING CHARGE OF (1) COUNT OF KIDNAPPING IN THE 1st Degree WAS ONE COUNT. THE DEFENDANT WAS found guilty of TWO COUNTS. THIS ALONG the DEFENDANT hope WILL SHOW THIS HONORABLE COURT THE UNJUST, ILLEGALLY ARREST, ILLEGALLY CHARGED, AND THE Withholding Against THE DEFENDANT Will.

6. WALKER BELIEVE THAT HE HAVE Shown THIS HONORABLE COURT Why WALKER Should be GRANTED THIS RELEASE. THE DEFENDANT HAVE been IN Jail (9) MONTHS, LOST EVERYTHING HE OWNS, POSTED ALL OVER THE NEWS AND NEWSpaper and TAKEN OUT OF HIS NORMAL LIFE OF Living. AND given two LIFE SENTENCE FOR A CRIME He did not commit WE LIVE UNDER THE LAW, AND NOT that Of MAN. Show ME Liberty And Justice, I AM YET TO SEE THAT IN THIS <u>STATE OF ALABAMA</u> IT HAS Shown ME how Just This System of ours Really IS, HERE IN 2007,

7. THE DEFENDANT believes This HONORABLE COURT HAVE THE POWER TO FREE A MAN THAT HAS Committed NO CRIME, THE DEFENDANT REPORTED HIS ATTORNEY TO THE ALABAMA STATE BAR, FOR INEFFECTIVE Counsel, Using THE N WORD, Withholding Evidence, Allowing the STATE to Withhold Evidence.

2.

## CONCLUSION

I Am A Father, Son, Brother, Uncle, Cousin And Friend To Many. I Have been given A Sentence of two counts of LIFE on A CRIME I did not committe. I Am Asking This court to Look At The Facts of this CASE And give ME THE RELIEF THAT IS FAIR And JUST. THE STATE WAS ALLOWED To Violate the DEFENDANT Civil And STATE Rights As well AS His ATTORNEY, And Judge-RELSE. The Defendant went thur this Almost SAMEthing With Judge-Hardwick. Which is A Different MATTER But Almost SAME facts, Judge-Hardwick stepped Down As Defendant Judge. The Defendant is not A ATTORNEY OR, STATE ATTORNEY, But Hope THIS NOTICE OF Objections IS In Legal Form.

3.

## CERTIFICATE OF SERVICE

I HEREBy CERTIFY THAT on This 20th DAy OF NOVEMBER, 2007, I SERVED A COpy of the Foregoing on CLERK, UNITED STATES DISTRICT COURT, By pLAcing THE SAME In the UNITED STATES MAIL, postage prepaid And Addressed As Follows:

### Address of pro-se kounsel

EARNEST Lee WALKER Jr
Lowndes County Jail
P.o.Box 1511
HAynEville, AlAbAMA 36040
Bookins # 8011

OFFICE OF the CLERK
CLERK, United StAte DisTrict Court
P.o. BOX 711
MONTgoMERY, AlABAMA 36101

*Earnest Lee Walker (pro se)*
EARNEST LEE WALKER JR
NOVEMbER 20, 2007

4.

INMATE MAIL

36104+0711

Office of the Clerk
Clerk, United States District Court
P.O. Box 711
Montgomery, Alabama 36101



USA 41
21 NOV 2007 PM
MONTGOMERY AL

Emmy Smith #180021
Jku D.T.
Dorm 11 5gg
3/5
100 Jimmy Hyoland, Montgomery 36103