IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| EARNEST LEE WALKER, JR., | ) |
| | ) |
|     Petitioner, | ) |
| v. | )   CASE NO. 2:07-cv-0947-MEF |
| | ) |
| GINA SAVAGE, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #6) filed on November 27, 2007 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #5) entered on November 14, 2007 is adopted;

(3) The petition for habeas corpus relief is DISMISSED without prejudice to afford petitioner an opportunity to exhaust all available state court remedies.

DONE this the 30th day of November, 2007.

                                              /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE