IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EARNEST LEE WALKER, JR., | ) |
| | ) |
|     Petitioner, | ) |
| v. | )   CASE NO. 2:07-cv-947-MEF |
| | ) |
| GINA SAVAGE, *et al.*, | ) |
| | ) |
|     Respondents.. | ) |

## **O R D E R**

Upon consideration of petitioner's Objections to Report and Recommendation (Doc. #9) filed on November 30, 2007 which the court construes as a motion to reconsider, it is hereby

ORDERED that the motion is DENIED.

DONE this the 5th day of December, 2007.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE