```
┌─────────────────────────────────────┐
│          RECEIVED                   │
│ EARNEST LEE WALKER JR,              │
│   2008 JAN -3  A 9:26               │
│                                     │
│   DEBRA P. HACKETT                  │
│   U.S. DISTRICT CO                  │
│   MIDDLE DISTRICT ALA  APPELLANT,   │   CASE NO: CC07-758
│                                     │
│           VS.                       │
│                                     │
│  STATE OF ALABAMA,                  │
│                                     │
│                      APPELLEE,      │
└─────────────────────────────────────┘
```

## MOTION FOR OUT OF TIME APPEAL

Come's now THE Defendant, EARNEST LEE WALKER JR, (PRO-SE) And Acting As His Own Counsel, Will show This Honorable Court Why He Should Be GRANTED RELIEF In His Appeal.

1. On February 5, 2007, THE Defendant was charged with (1) Count of First Degree Kidnapping of <u>NIGEL WALKER</u> And the Aggravated Stalking of <u>BELINDA WALKER</u>.

2. On October 1, 2007 In front of the Hon. Eugene W. Reese the Defendant was found guilty of (2) Counts of First Degree Kidnapping And Sentces To (2) Terms Of Life. Which was a Illegal Sentence because The Defendant Only was charged with One Count.

3. On October 1, 2007 the Defendant in open court stated to the Hon. Eugene W. Reese that he had reported his attorney to the Alabama State Bar for Ineffective Assistance of Counsel, withholding evidence, not being in the Defendant best interst. And after this was made known to the Hon. Eugene W. Reese he order that the trial will still move on. In violation of the Defendant right to a fair trial

4. While in the Montgomery County Dentention Cent the Defendant recieved a copy of his Alabama Department of Corrections Inmate Summary as of 11/13/2007, showning that the Defendant was senten to life on the charge of Aggravated Stalking and for first Degree Kidnapping. The charge of Aggravated Stalking was dismissed.

5. Attorney - Gary L. Stephens allowed the District Attorney to withhold important information and evidents from Defendant, namely the Defendant own police report, the report of the arresting officer, the report of the two officers that transported the Defendant from Greenville Al, T Montgomery City Jail, the pictures that was take of the Defendant car, proof are pictures of the weapon that was said to be used.

6. ATTORNEY - GARY L. STEPHENS WAVED THE DEFENDANT Rights TO A PRE-TRIAL HEARING, STATUS, PLEA HEARING, In violation of THE DEFENDANT Civil and State Rights.

7. THE Above ATTORNEY WAS REPORTED for using THE N WORD TO THE ALABAMA STATE BAR

8. THE DEFENDANT REPORTED TO ATTORNEY - GARY L. STEPHENS THAT ONE OF THE members of THE JURY WAS Known TO HIS EX-WIFE

9. ATTORNEY - GARY L. STEPHENS made sure HE HELP THE STATE TO PICK A JURY THAT Had BEEN A VICTIM OF Violates In SomeWay, friends, Family, ET

10. THE DEFENDANT WAS ILLegally ARRESTED, ILLegally SENTENCES, Illegally ChARGED, And HAVE bEing HELD Against HIS Will.

11. Around OR About november 27, 2007, IT WAS REPORTED To the DEFendant That the Hon. EugENE W. REESE WENT to COURT on HIS Divorce And LIEd under Oath THAT Some Land HE Had WAS WILLED To HIm by A family member. When IN FACT IT WAS Found out that THE Land was purchased During the (15) YEARS OF HIS Marriage HE WAS ORDERED To pay HIS WIFE THE Sum OF $500,000.00

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 26th DAY OF DECEMBER, 2007, I SERVED A COPY OF THE foregoing ON THE UNITED STATES SUPREME COURT by placing THE SAME IN THE UNITED STATES MAIL, POSTAGE prepaid and Addressed AS followed:

Address of pro-se/Counsel

EARNEST LEE WALKER JR
Kilby Correctional facility
P.O. BOX 150
MT. MEIGS, ALABAMA 36057
AIS# 255719

UNITED STATES Supreme
COURT
Middle DISTRICT
POST OFFICE BOX 711
Montgomery, ALA. 36101

*Earnest Lee Walker*
Earnest Lee Walker Jr.
Dec. 26, 2007

Earnest for women, Jr. #255719
Tutwiler correctional facility
P.O. Box 150
Mt. Meigs, Alabama 36057

United States district court
Middle District
Post office Box 711
Montgomery, Ala 36101



02 JAN 2008 PM 3 T
MONTGOMERY AL 361

LEGAL MAIL
"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."