UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

January 7, 2008



**08-10140D**

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA  30303

USDCA NO CV-07-F-947-N
USCA NO 08-10140D

EARNEST L. WALKER VS. GINA SAVAGE, ET AL.

print DC DS

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.
_X_ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed.  If Opinion/Order was oral, please check box. [ ]
_X_ First Notice of Appeal: _X_ Yes,_ No   Date(s) of Other Notice_____
Was there a hearing from which a transcript could be made:
_ Yes, The Court Reporter(s) is/are
_X_ No                    Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
_ IFP__; and/or APPEALABILITY/CPC is pending in this Court.
Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:
_X_ The Appellate docket fee has been paid;_Yes,_X_No:_____Date, Receipt#_____
___ Appellant has been ___GRANTED;___
_X_ DENIED IFP, Copy of Order enclosed.
_X_ Appellant has been  ___GRANTED; _X_ DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___ Appeal Bond, ___ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER_____
___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY a_____
___ Certified record on appeal consisting of:
     ___Volume(s) of Pleadings,_ Volume(s) of Transcripts,
     ___ SEALED ITEMS, ie. ___ PSI(s)____; OTHER____; TAPE(s)____
     ___ Exhibits (BINDERS):
     ___Volume (s) of Original Papers

Sincerely,

DEBRA P. HACKETT, CLERK

By:   Yolanda Williams
      Deputy Clerk

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

---

January 10, 2008

**Appeal Number: 08-10140-D**
Case Style: Earnest Lee Walker, Jr. v. Gina Savage
District Court Number: 07-00947 CV-2-MEF-WC

TO:   Earnest Lee Walker, Jr. (255719)

CC:   Debra P. Hackett

CC:   Troy King

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 10, 2008

Earnest Lee Walker, Jr. (255719)
Kilby CF
PO BOX 150
MOUNT MEIGS  AL  36057-0150

**Appeal Number: 08-10140-D**
Case Style: Earnest Lee Walker, Jr. v. Gina Savage
District Court Number:  07-00947 CV-2-MEF-WC

The referenced case has been docketed in this court.  Please use the appellate docket number noted above when making inquiries.

We have received copies of the orders of the district court declining to issue a certificate of appealability and denying leave to proceed on appeal in forma pauperis.

Pursuant to Fed.R.App.P. 22(b) and 24(a), you may within thirty (30) days from this date either pay **to the DISTRICT COURT clerk** the $450 docket fee plus $5 filing fee (total $455) or you may move in this court for leave to proceed on appeal as a pauper (form enclosed). See 11th Cir. R. 24-2.  A motion for a certificate of appealability should be filed in this court within the same time period.  The notice of appeal will be treated as a request for a certificate of appealability unless appellant files such a request within thirty (30)days from the date of this letter.

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules.  The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first.  The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form.  Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system.  If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report.  Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate.  You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq.  An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date.  In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days from this date.

Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

        Sincerely,

        THOMAS K. KAHN, Clerk

        Reply To: Nancy Holbrook (404) 335-6183

Encl.

HAB-4 (11-2007)