Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

March 27, 2008

**Appeal Number: 08-10140-D**
Case Style: Earnest Lee Walker, Jr. v. Gina Savage
District Court Number: 07-00947 CV-2-MEF-WC

TO:   Debra P. Hackett

CC:   Earnest Lee Walker, Jr. (255719)

CC:   Andy S. Poole

CC:   Troy King

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 27, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 08-10140-D**
Case Style: Earnest Lee Walker, Jr. v. Gina Savage
District Court Number: 07-00947 CV-2-MEF-WC

The enclosed certified copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAR 27 2008

THOMAS K. KAHN
CLERK
```

No. 08-10140-D

EARNEST LEE WALKER, JR.,

                                              Petitioner-Appellant,

versus

GINA SAVAGE,
STATE OF ALABAMA, et al.,

                                              Respondents-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

Appellant's motion for a certificate of appealability, as construed from his notice of appeal, is DENIED because appellant has failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

/s/ Gerald Bard Tjoflat
UNITED STATES CIRCUIT JUDGE

Deputy Clerk
Atlanta, Georgia